MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
Email:   dvendler@mpplaw.com
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Tel.:   (213) 417-5100
Fax:   (213) 488-1178

MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
Email:   mbrown@mrbapclaw.com
18101 Von Karman Avenue, Suite 1900
Irvine, California 92612
Tel.:   (949) 435-3888
Fax:   (949) 435 3801

Attorneys for Plaintiffs, GEORGE and CLAUDIA CAMBERIS, and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION,<br><br>Defendant. | Case No.:  CV14-02970 MEJ<br><br>*[Assigned to the Hon. Maria-Elena James]*<br><br>**PROOF OF SERVICE OF SUMMONS** |

///
///
///
///
///

-1-
**CLASS ACTION COMPLAINT**

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>DAVID J. VENDLER, ESQ.<br>MORRIS POLICH & PURDY LLP<br>1055 W. SEVENTH STREET<br>24TH FLOOR<br>LOS ANGELES, CA  90017<br>*Telephone No:* 213-891-9100          *FAX No:* 213-488-1178<br><br>*Ref. No. or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Northern District Of California

*Plaintiff:* GEORGE CAMBERIS, ET AL.
*Defendant:* OCWEN FINANCIAL CORPORATION

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 14-2970 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISCOVERY STANDING ORDER MAGISTRATE JUDGE MARIA-ELENA JAMES.; CASE MANAGEMENT STANDING ORDER MAGISTRATE JUDGE MARIA-ELENA JAMES.

3. a. Party served:            OCWEN FINANCIAL CORPORATION
   b. Person served:           NATHAN HUTH, AUTHORIZED TO ACCEPT, CORPORATION SERVICE
                               COMPANY, REGISTERED AGENT FOR SERVICE
                               SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:    1201 HAYS STREET
                                          TALLAHASSEE, FL  32301

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jul. 15, 2014 (2) at: 9:15AM

7. **Person Who Served Papers:**                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL C. NOLAN                              d. **The Fee** for Service was:

   First Legal                                       e.  I am: Not a Registered California Process Server
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone   (714) 541–1110
   Fax         (714) 541–8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jul. 17, 2014

| Judicial Council Form | PROOF OF SERVICE | (MICHAEL C. NOLAN) |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | | 5911710   .morpo.631359 |