1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION,<br><br>  Defendant. | CASE NO.3:14-cv-02970-EMC<br><br>**[PROPOSED] ORDER RE SUBSTITUTING OCWEN LOAN SERVICING, LLC FOR OCWEN FINANCIAL CORPORATION AS PARTY DEFENDANT**<br><br>HON. JUDGE EDWARD M. CHEN |

1  Having read and considered the Stipulation Substituting Ocwen Loan Servicing, LLC for Ocwen
2  Financial Corporation as Party Defendant, the Court ORDERS that:
3  Ocwen Loan Servicing, LLC shall be substituted in place of Ocwen Financial Corporation as the
4  defendant in this action.
5  IT IS SO ORDERED.

7  DATED: ___9/4/14___   By: _____
8  Hon. Edward M. Chen
   U.S. District Court Judge



---

1

[PROPOSED] ORDER SUBSTITUTING DEFENDANT

WDC 372980832v1