**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated,

Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,

Defendant.

CASE NO.3:14-cv-02970-EMC

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE: OCWEN LOAN SERVICING, LLC'S MOTION TO DISMISS**

(modified)

HON. JUDGE EDWARD M. CHEN

Having read and considered the Stipulation Setting Briefing Schedule Re: Ocwen Loan Servicing, LLC's Motion to Dismiss, the Court ORDERS as follows:

1. Plaintiffs' shall file their opposition to the Motion on or before September 26, 2014;

2. Ocwen shall file its reply brief in support of its Motion on or before October 1~~0~~7, 2014; and

3. The Case Management Conference shall be held on October 21, 2014, in conjunction with the hearing of Ocwen's Motion to Dismiss.

IT IS SO ORDERED.

DATED: 9/4/14 By: ______________________

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

1
[PROPOSED] ORDER SETTING BRIEFING SCHEDULE
WDC 372980861v1