1
2
3
4
5
6
7
8
9
10

11    **UNITED STATES DISTRICT COURT**

12    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13    **SAN FRANCISCO DIVISION**

14

15    GEORGE CAMBERIS and CLAUDIA          CASE NO.3:14-cv-02970-EMC
      CAMBERIS, individually, and on behalf
16    of the class of all others similarly situated,   **[PROPOSED] ORDER TO EXTEND INITIAL
                                            CASE MANAGEMENT DEADLINES**
17          Plaintiff,

18    v.                                    HON. JUDGE EDWARD M. CHEN

19    OCWEN FINANCIAL CORPORATION,

20          Defendant.

21
22
23
24
25
26
27
28

---

WDC 372982989v1

**STIPULATION**

Having read and considered the Stipulation to Extend Initial Case Management Deadlines, the Court ORDERS that the deadlines be extended as follows:

| | |
|---|---|
| October 7, 2014 | Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| October 14, 2014 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the previously issued Standing Order re Contents of Joint Case Management Statement. |

IT IS SO ORDERED.

DATED: _____9/8/14_____    By:_____



Hon. Edward M. Chen
Judge of the U.S. District Court

---

2

[PROPOSED] ORDER TO EXTEND INITIAL CASE MANAGEMENT DEADLINES

WDC 372982989v1