# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　　　Defendant. | Case No.: CV14-2970 EMC<br><br>Hon. Edward M. Chen<br><br>**[P~~R~~OPOSED] ORDER ON STIPULATION ALLOWING ADDITIONAL PAGES ON MOTION TO DISMISS** |

　　　Having read and considered the Stipulation allowing additional pages for Plaintiffs George Camberis and Claudia Camberis' ("Plaintiffs") Opposition to Defendant OCWEN Loan Service LLC's ("OCWEN") Motion to Dismiss and for OCWEN's Reply, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that:

　　　(a)　Plaintiffs may have up to and including 35 pages for their opposition; and

　　　(b)　Ocwen may have up to and including 25 pages for its reply.

　　　**IT IS SO ORDERED.**

Dated: 9/15/14

_____
Judge Edward M. Chen
Judge, U.S. District Court

IT IS SO ORDERED

-1-

**[PROPOSED] ORDER ON STIPULATION ALLOWING ADDITIONAL PAGES ON MOTION TO DISMISS**