JEFF E. SCOTT (State Bar No. 126308)
scottj@gtlaw.com
JENNIFER L. GRAY (State Bar No. 287855)
grayjen@gtlaw.com
GREENBERG TRAURIG LLP
1840 Century Park East
Los Angeles, CA 90067
Telephone:   (310) 586-7700
Facsimile:    (310) 586-7800

Attorneys for Defendant
Ocwen Financial Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 3:14-CV-02970-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER TO STAY ACTION PENDING MEDIATION**<br><br>Judge:   Hon. Edward M. Chen<br><br>Action Filed: June 26, 2014 |

WHEREAS, defendant Ocwen Financial Corporation filed a Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion") on August 27, 2014 [Dkt 19], and the Motion is now fully briefed and set for a hearing before the Court on October 21, 2014, at 2:00 p.m.;

WHEREAS the initial Case Management Conference also is set for October 21, 2014, at 2:00 p.m [Dkt 27];

WHEREAS, the parties voluntarily agreed to submit their dispute to Private ADR and filed a Stipulation and [Proposed] Order Selecting ADR Process on October 7, 2014 [Dkt 34];

WHEREAS, the parties have selected a private mediator and are in the process of clearing dates for a mediation to take place within the next 30-60 days;

WHEREAS, the parties desire to stay this action for 65 days to afford them an opportunity to resolve this lawsuit before a hearing or decision on the Motion;

WHEREAS, the parties agree that a successful mediation of this action would require that no further activity occur in the case pending the mediation;

The parties therefore respectfully request that the Court stay this action and reset the hearing on the Motion and the Case Management Conference for some date on or after December 15, 2014. In furtherance of this request, the parties state:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that:

1. All proceedings before this Court in this action are stayed for sixty-five (65) days;
2. If mediation concludes with no resolution of this action, then the hearing on the Motion and the Case Management Conference shall take place on or after December 15, 2014, at a time and date selected by the Court.

| | | |
|---|---|---|
| 1 | DATED: October 10, 2014 | Respectfully Submitted, |
| 2 | | GREENBERG TRAURIG, LLP |
| 4 | By: | */s/ Jennifer L. Gray* |
| | | Jeff E. Scott |
| 5 | | Jennifer L. Gray |
| | | Attorneys for Defendant |
| 6 | | Ocwen Financial Corporation |
| 8 | | MORRIS POLICH & PURDY LLP |
| 10 | By: | */s/ David J. Vendler* |
| | | DAVID J. VENDLER (SBN 146528) |
| 11 | | dvendler@mpplaw.com |
| | | MORRIS POLICH & PURDY LLP |
| 12 | | 1055 West Seventh Street, Suite 2400 |
| | | Los Angeles, CA  90017 |
| 13 | | Telephone:     (213) 417-5100 |
| | | Facsimile:     (213) 488-1178 |
| 15 | | MICHAEL R. BROWN APC |
| 17 | By: | */s/ Michael R. Brown* |
| | | MICHAEL R. BROWN (SBN 65324) |
| 18 | | mbrown@mrbapclaw.com |
| | | MICHAEL R. BROWN APC |
| 19 | | 18101 Von Karman Avenue, Suite 1900 |
| | | Irvine, CA  92612 |
| 20 | | Telephone:     (949) 435-4888 |
| | | Facsimile:     (949) 435-3801 |
| 22 | | *Attorneys for Plaintiffs, GEORGE and CLAUDIA CAMBERIS, and all others similarly situated* |

2

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING MEDIATION

LA 131664204v1

## **ATTESTATION CLAUSE**

I, Jennifer L. Gray, and the ECF user whose ID and password are being used to file this Stipulation to Stay Action Pending Mediation, in compliance with Civil Local Rule 5-1, hereby attest that Attorneys for Plaintiffs, David J. Vendler of Morris Polich & Purdy LLP and Michael R. Brown of Michael R. Brown, APC concurred with this filing.

DATED:  October 10, 2014                    GREENBERG TRAURIG, LLP

                                By:    */s/ Jennifer L. Gray*
                                       Jennifer L. Gray

3
STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING MEDIATION
LA 131664204v1

[PR~~OPOS~~ED] ORDER

PURSUANT TO STIPULATION, all proceedings in this matter are stayed for a period of sixty-five (65) days.  If mediation concludes with no resolution of this action, the hearing on the Motion to Dismiss and the Case Management Conference shall take place on ~~or after December 15, 2014~~ December 18, 2014 at 1:30 p.m., at a time and date selected by the Court. A joint CMC Statement shall be filed by December 11, 2014.

IT IS SO ORDERED.

October __14__, 2014

_____
Hon. Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4
STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING MEDIATION

LA 131664204v1