UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: CV14-2970 EMC<br><br>Reassigned to the Hon. Edward M. Chen<br><br>**Proposed [O~~RD~~ER] FOLLOWING NOTICE OF SETTLEMENT** |

The Court having received the parties' notice that they have reached a settlement in principle that will, if approved by this Court, resolve this entire class action case, makes the following orders:

1. The Court sets a case management conference relating to the status of the settlement for June __18__, 2015 at __10:30__ AM/~~PM~~. The Parties are to file a joint status report at least five days prior to the case management conference outlining the status of the settlement. (In the event plaintiffs file a motion for preliminary approval of the settlement has been filed before that date, the Court will take this case management conference off calendar).

2. The Court continues the hearing date on OCWEN ~~LOAN~~ SERVICING, LLC's currently pending motion to dismiss – ~~currently~~ scheduled for hearing on April 23, 2015 – to July __23__, 2015 at 1:30 p.m. ~~Plaintiffs'~~ opposition to said motion shall be due 14 days prior to the hearing date.

1  (The Court anticipates that this date may either be subsequently continued further and/or the motion
2  taken off calendar depending on the filing and/or outcome of the motions for preliminary approval
3  and final approval of the settlement).

```
The Court terminated the motion to dismiss at this
time.  Defendant may renotice it for hearing when
appropriate.
```

5  Dated:  March __19__, 2015



_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen