MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
Email:     dvendler@mpplaw.com
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Tel.:     (213) 417-5100
Fax:      (213) 488-1178

MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
Email:     mbrown@mrbapclaw.com
18101 Von Karman Avenue, Suite 1900
Irvine, California 92612
Tel.:     (949) 435-3888
Fax:      (949) 435 3801

Attorneys for Plaintiffs, GEORGE and CLAUDIA CAMBERIS,  and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated, <br><br>Plaintiffs, <br><br>vs. <br><br>OCWEN LOAN SERVICING, LLC, <br><br>Defendant. | Case No.:  CV14-2970 EMC <br><br>Reassigned to the Hon. Edward M. Chen <br><br>**[PR~~O~~POSED] ORDER ON STIPULATION VACATING CASE MANAGEMENT CONFERENCE SET FOR JULY 23, 2015.** <br><br>**DATE:           July 23, 2015** <br>**TIME:           1:30 PM** <br>**COURTROOM:  5** |

Pursuant to the Parties' Stipulation, it is **SO ORDERED.**

Dated: July 20, 2015

_____
Honorable
United States

IT IS SO ORDERED

Judge Edward M. Chen

-1-
[PROPOSED] ORDER ON STIPULATION VACATING CASE MANAGEMENT CONFERENCE

CV14-2970 EMC