UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class and of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant.<br>_____/ | No. C-14-2970 EMC<br><br>**SUPPLEMENTAL BRIEFING ORDER RE PLAINTIFFS' COUNSEL LODESTAR FIGURE** |

Pending before the Court is a motion for preliminary approval of a class settlement in this litigation. *See* Docket No. 50. To allow the Court to better consider the fairness and adequacy of the proposed settlement, Plaintiffs' counsel are hereby **ORDERED** to file with this Court copies of their billing/time records in support of any eventual lodestar figure in this litigation. Plaintiffs' attorneys shall file with this Court, *ex parte* and under seal, one (1) declaration that states the total number of hours worked on this litigation, and which breaks the number of hours down by task (*e.g.*, "Initial Case Investigation," "Settlement Negotiations and Mediation," etc.). Counsel shall attach their actual time records to the declaration. The declaration and associated records shall be filed with the Court no later than **9:00 a.m. PDT on Thursday, July 23, 2015.**

IT IS SO ORDERED.

Dated: July 22, 2015

_____
EDWARD M. CHEN
United States District Judge