UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class and of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant._____/ | No. C-14-2970 EMC<br><br>**ORDER REGARDING COURT'S PROPOSED CLASS NOTICE; PROPOSED ORDER GRANTING PRELIMINARY APPROVAL** |

The Court has reviewed the parties joint proposal regarding class notice in this case. Docket No. 59. The Court has attached to this Order a revised version of the first page of the class notice, which changes shall be implemented when class notice is disseminated.

The parties are **ORDERED** to file with the Court a proposed order granting preliminary settlement approval. In the proposed order, the parties shall include a reasonable schedule for further proceedings, including a final approval hearing date,[1] notice and opt-out dates, objection dates, etc... The parties shall file their proposed order no later than **Monday, August 10, 2015**.

IT IS SO ORDERED.

Dated: August 5, 2015

_____
EDWARD M. CHEN
United States District Judge

---

[1] The parties should contact the Court's Courtroom Deputy in order to select an appropriate hearing date for the final approval hearing.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If you had a loan serviced by Ocwen Loan Servicing, LLC, your rights may be affected by a class action settlement, including your right to money.

*A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

- A proposed settlement has been reached in a class action lawsuit concerning whether Ocwen Loan Servicing, LLC ("Ocwen") properly reported mortgage interest payments to the Internal Revenue Service (IRS) for borrowers who had "Option ARM" mortgages or other negatively amortizing mortgages that were serviced by Ocwen in 2013.

- **Please read this Notice carefully.  Your rights are affected whether you act or don't act.**

- Ocwen's records show that you are included in this class action lawsuit and proposed Settlement. You are automatically included in this class action lawsuit and the proposed Settlement if, in 2013, you (1) had an "Option Arm" or other negatively amortizing mortgage loan that was serviced by Ocwen; (2) you repaid a portion of the accrued negative amortization on your mortgage; and (3) your negative amortization repayments were not reported to the IRS on Form 1098 for the 2013 tax year (*see* "The Settlement Class–Who is Included" below for more details and descriptions).

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **DO NOTHING** | **Automatically get $35 for each qualifying loan and receive amended 2013 Form 1098.  ~~Give up rights.~~  Give up your right to use.**<br>You should already have received an amended 2013 Form 1098 that includes your payments that were applied to your accrued negative amortization.  This form will assist you in amending your 2013 Tax Return.  If you do nothing, you will also receive a $35 payment after the Court grants final approval of the Settlement.  You will give up the right to start your own lawsuit, continue with a lawsuit or join a different lawsuit against Ocwen about the negative amortization payments you made prior to this settlement. |
| **ASK TO BE EXCLUDED**<br>**DEADLINE:** | **Get out of this lawsuit.  Get no Settlement payment.  Keep right~~s~~ to sue.**<br>If you exclude yourself (remove yourself from the Settlement), you may still file an amended return with the amended Form 1098 that you have received.  You will not receive a $35 payment.  You will keep the right to sue Ocwen in a separate lawsuit about the claims this Settlement resolves. |
| **OBJECT TO THE SETTLEMENT**<br>**DEADLINE:** | **Write to the Court.  Automatically get $35 for each qualifying loan.  Give up right~~s~~ to sue.**<br>If you do not like the terms of the Settlement, but do not want to be excluded, you can write to the Court and state the reasons why you don't like the Settlement or a part of it.  The Court will review what you write and decide if the Settlement is fair. If the Court approves the settlement will still be part of the Settlement.  You will receive a $35 payment.  Unless you ask to be excluded, ~~Y~~you will give up the right to start your own lawsuit, continue with ~~a lawsuit~~ or join a different lawsuit against Ocwen about the negative |

QUESTIONS? CALL ___-___-____ OR GO TO WWW._____.COM

|  | amortization payments you made prior to this settlement. |
|---|---|
| **GO TO A HEARING ON:** | Ask to speak in Court about the fairness of the Settlement at the Fairness Hearing. |

- If you are a member of this Class, you should have received an amended Form 1098 from Ocwen reporting the accrued negative amortization that you repaid in 2013.  This form will help you amend your 2013 Tax Return to claim a mortgage interest deduction for your 2013 negative amortization payments.  After the Court gives its final approval of the Settlement, you will also receive a $35 payment as compensation for the inconvenience and potential expense of amending your 2013 Tax Return.

- The Court in charge of this case has to decide whether to approve the proposed Settlement.  If you qualify, you will receive a cash payment as compensation for the inconvenience and potential expense of amending your 2013 Tax Return.  This process may take several months based upon the Court's scheduling calendar.  Please be patient.