MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
Email:   dvendler@mpplaw.com
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Tel.:   (213) 417-5100
Fax:   (213) 488-1178

MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
Email:   mbrown@mrbapclaw.com
18101 Von Karman Avenue, Suite 1900
Irvine, California 92612
Tel.:   (949) 435-3888
Fax:   (949) 435 3801

Attorneys for Plaintiffs, GEORGE and CLAUDIA CAMBERIS, and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No.:  CV14-2970 EMC<br><br>**SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR AWARD OF ATTORNEYS' FEES**<br><br>Date:   December 12, 2015<br>Time:   10:30 a.m.<br>Ctrm.:   "5"<br>Judge:   Hon. Edward M. Chen<br><br>Action Filed:   June 26, 2014 |

1

**SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER**

I, David J. Vendler, declare and say as follows:

1.  I am an attorney duly licensed to practice before this Court, all of the state and federal courts located in California and Massachusetts and the United States Supreme Court. I am a partner in the law firm of Morris, Polich & Purdy LLP ("MPP"), co-counsel of record for the plaintiffs in the within action. This supplemental declaration is being made in support of plaintiffs' motion for final approval of class action settlement and Class Counsels' attorneys' fees. I have personal knowledge of the facts herein and if called to testify thereto, I could and would do so competently.

2.  Plaintiffs filed their motion for motion for final approval of class action settlement and Class Counsels' attorneys' fees on September 15, 2015.

3.  The motion was filed prior to the objection deadline to abide by the rule in *In re: Mercury Interactive Corp. Securities Litigation*, 618 F.3d 988 (9th Cir. 2010) that attorney fee applications must be filed in advance of the objection deadline.

4.  In Plaintiff's final approval motion, Plaintiff promised to provide the Court by supplemental declaration with the final statistics relating to objectors and opt-outs. This declaration accomplishes that purpose.

5.  The positive response of the Class Members to the Settlement is demonstrated by the fact that out of more than 19,000 notice packets mailed out, only 13 timely requests for exclusion have been received and that only one objection has been filed (by a felon lawyer who has been roundly condemned as a "vexatious" "serial objector" by a number of federal courts. See *Dennis v. Kellogg Co.*, 2013 WL 6055326 (S.D.Cal. 2013) ("Mr. Palmer has been deemed a 'serial objector'" with a history of "admitt[ed] ... 'bad faith and vexatious conduct'"), (quoting *In re Oil Spill by Oil Rig Deepwater Horizon*, 295 F.R.D. 112, 159 at fn. 40 (E.D.La. 2013). Other than this single objection, there was one other that was filed by a person that was

1  confused as to the class action process and has now stated she will be withdrawing that objection.[1]

6. Attached hereto as Exhibit "A" is a true and correct copy of the most recent report from the KCC, the class administrator, setting forth the statistics of the class administration, including the number of objections and opt outs received. The names and addresses of the persons who have opted out of the settlement are attached hereto as Exhibit "B" so that they can be included in the final approval order.

7. "The absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of the settlement are favorable to the Class Members." *Eisen v. Porsche Cars North America, Inc.*, 2014 WL 439006 *5 (C.D.Cal. 2014). See also *In re Mego Fin. Corp.*, 213 F.3d at 459 (single objection out of a potential class of 5400) and *Churchill Village, LLC v. Gen. Elec.*, 361 F.3d 566 (9th Cir.2004) (500 opt-outs and 45 objections out of approximately 90,000 notified Class Members still deemed a positive reaction). Here, with notice going to over 19,000 addresses, that there has been just one lone (serial) true objector (Mr. Kirby) – represented by a vexatious professional objector lawyer (Darrel Palmer) – strongly favors the presumption that the settlement is favorable to the class.

8. Plaintiffs will separately submit their formal opposition to Messrs. Kirby and Palmer's objection within the time provided for in the Court's preliminary approval order.

9. As to opt-outs, the statistics are similarly compelling. Here, less than 1/10 of one percent of Class Members have opted out. In *Chun-Hoon v. McKee Foods Corp.*, 716 F.Supp.2d 848, 858 (N.D.Cal. 2010) even though opt-outs comprised fully 4.86% of the class, the Court still found a positive response by the class warranting the presumption of favorability. Here, out of over 15,000 class members, only 13 have opted out.

---

[1] See Document No. 66.

3
SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER IN SUPPORT OF PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR AWARD OF ATTORNEYS' FEES

10. Based on the positive response of the class and the papers previously filed, Plaintiffs request that their motion for final approval be granted.

I declare under penalty of perjury under the laws of the United States of America that this declaration is true and correct and that this declaration was executed at Los Angeles, California on October 5, 2015.

_____
David J Vendler

# Exhibit "A"

KCC Class Action Services
Camberis et al v. Ocwen Loan Servicing, LLC
Case Status Report
10/5/2015

Class Members: 18,415
Mailing Date: 8/21/2015
Exclusion Deadline: 10/2/2015
Objection Deadline: 10/2/2015

| Week Ending: | Mailing | Correspondence Statistics | | | Undeliverable Mail Statistics | | | | Packet Request | Phone Call Statistics | Website Statistics |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Notices Mailed | Timely Opt-Outs Received | Late Opt-Outs Received | Objections Received | Undeliverable Mail Received | Undeliverable Mail Re-mailed | Undeliverable Mail With Forwarding Address Received | Undeliverable Mail With Forwarding Address Re-mailed | Notice Packet Requests (LIVE) | Phone Calls Received (LIVE) | Website Visitors |
| 8/21/2015 | 19,255 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 |
| 8/28/2015 | 0 | 0 | 0 | 0 | 2 | 0 | 7 | 0 | 1 | 76 | 81 |
| 9/4/2015 | 0 | 4 | 0 | 0 | 196 | 0 | 70 | 0 | 0 | 45 | 109 |
| 9/11/2015 | 0 | 2 | 0 | 1 | 192 | 0 | 14 | 77 | 0 | 26 | 63 |
| 9/18/2015 | 0 | 0 | 0 | 0 | 69 | 0 | 2 | 14 | 0 | 6 | 65 |
| 9/25/2015 | 0 | 2 | 0 | 0 | 39 | 0 | 0 | 2 | 0 | 8 | 71 |
| 10/2/2015 | 0 | 5 | 0 | 1 | 15 | 0 | 0 | 0 | 0 | 19 | 170 |
| Total: | 19,255 | 13 | 0 | 2 | 513 | 0 | 93 | 93 | 1 | 180 | 586 |

# Exhibit "B"

KCC Class Action Services
Camberis et al v. Ocwen Loan Servicing, LLC
Exclusion Report
10/5/2015

Count: 13

| AccountID | Last Name | First Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 17128 | CANLAS | MARIBEL N | 2690 SEAN CT | SOUTH SAN FRANCISCO | CA | 94080-3860 |
| 13167 | CARPENTER | ANTOINETTE | 10801 BARKWOOD AVE | LAS VEGAS | NV | 89144-1407 |
| 1061 | CHAVEZ | JUAN | 1008 S HIGHLAND AVE | FULLERTON | CA | 92832-2904 |
| 10433 | FOWLER | CORLISS R | 1754 36TH AVENUE CT | GREELEY | CO | 80634-2808 |
| 2301 | KNOCK | RICK | 438 RAVINA ST | LA JOLLA | CA | 92037-4712 |
| 8294 | LEON | JANELLE K | 2532 LEMAISTER AVE | WENATCHEE | WA | 98801-5980 |
| 14141 | MOSKOVITZ | SIGMUND | 1042 SANTA LUCIA DR | PITTSBURG | CA | 94565-7613 |
| 17377 | PAGANS | MATTHEW THOMAS | 494 PEAKS VIEW DR | MONETA | VA | 24121-2565 |
| 12468 | PALLADINO | DAVID | | | | |
| 3379 | SELBY | JAY W | PO BOX 2120 | LOOMIS | CA | 95650-2120 |
| 4952 | TOBIN | KEVIN M | 149 CALDER DR | GLENDORA | CA | 91741-3207 |
| 10085 | VASQUEZ | JOHN J | 16298 REED ST | FONTANA | CA | 92336-2464 |
| 12130 | WIOTT | KEVIN L | 174 SULGRAVE CT | STERLING | VA | 20165-6410 |