MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
Email:    dvendler@mpplaw.com
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Tel.:   (213) 417-5100
Fax:   (213) 488-1178

MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
Email:    mbrown@mrbapclaw.com
18101 Von Karman Avenue, Suite 1900
Irvine, California 92612
Tel.:   (949) 435-3888
Fax:   (949) 435 3801

Attorneys for Plaintiffs, GEORGE and CLAUDIA
CAMBERIS, and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC, <br><br> Defendant. | Case No.:  CV14-2970 EMC <br><br> **SECOND SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR AWARD OF ATTORNEYS' FEES** <br><br> Date:      December 12, 2015 <br> Time:     10:30 a.m. <br> Ctrm.:    "5" <br> Judge:    Hon. Edward M. Chen <br><br> Action Filed:      June 26, 2014 |

1

## SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER

I, David J. Vendler, declare and say as follows:

1.     I am an attorney duly licensed to practice before this Court, all of the state and federal courts located in California and Massachusetts and the United States Supreme Court.  I am a partner in the law firm of Morris, Polich & Purdy LLP ("MPP"), co-counsel of record for the plaintiffs in the within action.  This supplemental declaration is being made in support of plaintiffs' motion for final approval of class action settlement and Class Counsels' attorneys' fees.  I have personal knowledge of the facts herein and if called to testify thereto, I could and would do so competently.

2.     Since I filed my Supplemental Declaration relating to the participation of class members, opt outs and objectors, there were an additional 7 opt outs that were timely filed.

3.     Even including these late opt outs, it remains true that far less than 1 percent of Class Members have opted out.  In *Chun-Hoon v. McKee Foods Corp.*, 716 F.Supp.2d 848, 858 (N.D.Cal. 2010) even though opt-outs comprised fully 4.86% of the class, the Court still found a positive response by the class warranting the presumption of favorability.  Here, out of over 15,000 class members, only 20 have opted out.

4.     Based on the positive response of the class and the papers previously filed, Plaintiffs request that their motion for final approval be granted.

I declare under penalty of perjury under the laws of the United States of America that this declaration is true and correct and that this declaration was executed at Los Angeles, California on October 8, 2015.

_____
David J Vendler

2