MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
Email:     dvendler@mpplaw.com
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Tel.:   (213) 417-5100
Fax:   (213) 488-1178

MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
Email:    mbrown@mrbapclaw.com
18101 Von Karman Avenue, Suite 1900
Irvine, California 92612
Tel.:   (949) 435-3888
Fax:   (949) 435 3801

Attorneys for Plaintiffs, GEORGE and CLAUDIA CAMBERIS,  and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No.:  CV14-2970 EMC<br><br>**SUPPLEMENTAL DECLARATION OF ERIC ROBIN**<br><br>Date:     December 9, 2015<br>Time:    10:30 a.m.<br>Ctrm.:    "5"<br>Judge:   Hon. Edward M. Chen<br><br>Action Filed:  June 26, 2014 |

-1-
**SUPPLEMENTAL DECLARATION OF ERIC ROBIN**

# SUPPLEMENTAL DECLARATION OF ERIC ROBIN

I, Eric Robin, Declare and say as follow:

1. I am a Senior Consultant with the class action administration firm of KCC, located at 75 Rowland Way, Suite 250, Novato, CA 94945.  I have personal knowledge of the following facts and if called to testify thereto, I could and would do so competently.  This declaration supplements the declaration I executed on September 11, 2015.

2. KCC is the class action administrator acting in the case of Camberis, et al. v. Ocwen Loan Servicing, LLC.

3. In accordance with this Court's order preliminarily approving the settlement, and with the class list provided by the defendant, KCC sent out 19,255 class notices in the form and manner prescribed by the Court in its preliminary approval order.  KCC also set up a website and toll free information line where class members could obtain select documents from the case file and other information about the case and the settlement.

4. As of the date of this declaration, KCC has received 20 Requests for Exclusion.  A list of the individuals requesting exclusion is attached hereto as Exhibit A.

5. As of the date of this declaration, KCC has received two Objections to the Settlement.  A list of the individuals objecting is attached hereto as Exhibit B.  KCC has been informed by Plaintiff's Counsel, that Dr. Simmons has mailed a withdrawal of her objection.  An email from Dr. Simmons attesting to her intent to withdraw her objections is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and that this declaration was executed in Novato, California, on October 7, 2015.

By: 
Eric Robin

# Exhibit A

**KCC Class Action Services**

**Camberis et al v. Ocwen Loan Servicing, LLC**

**Exclusion Report**

Count:

20

| AccountID | Last Name | First Name | Address | City | State | Zip | Account Number |
|---|---|---|---|---|---|---|---|
| 16014 | BAIRD | MICHAEL S | 72 CARTHAGE AVE | EUGENE | OR | 97404-1004 | 7140279899 |
| 17128 | CANLAS | MARIBEL N | 2690 SEAN CT | SOUTH SAN FRANCISCO | CA | 94080-3860 | 7190419403 |
| 13167 | CARPENTER | ANTOINETTE | 10801 BARKWOOD AVE | LAS VEGAS | NV | 89144-1407 | 7140210258 |
| 11644 | CHAIFFRE | WILLIAM S | 1525 CIRCLE DR | ANNAPOLIS | MD | 21409-5860 | 7190721089 |
| 1061 | CHAVEZ | JUAN | 1008 S HIGHLAND AVE | FULLERTON | CA | 92832-2904 | 359376427 |
| 10433 | FOWLER | CORLISS R | 1754 36TH AVENUE CT | GREELEY | CO | 80634-2808 | 7191019228 |
| 17465 | GROSHEV | ALEKSEY | 2345 PENFIELD TER | NORTH PORT | FL | 34288-6823 | 7140326625 |
| 2301 | KNOCK | RICK | 438 RAVINA ST | LA JOLLA | CA | 92037-4712 | 810034355 |
| 8294 | LEON | JANELLE K | 2532 LEMAISTER AVE | WENATCHEE | WA | 98801-5980 | 7140168878 |
| 7639 | MACK | BARBARA J | 116 LAKE EMERALD DR APT 3 | OAKLAND PARK | FL | 33309-6262 | 7140136628 |
| 13932 | MCGUTHRIE | TASHA | 112 AMALFI LN | KISSIMMEE | FL | 34759-4073 | 7140224861 |
| 14141 | MOSKOVITZ | SIGMUND | 1042 SANTA LUCIA DR | PITTSBURG | CA | 94565-7613 | 7140232765 |
| 17377 | PAGANS | MATTHEW THOMAS | 494 PEAKS VIEW DR | MONETA | VA | 24121-2565 | 7140323507 |
| 12468 | PALLADINO | DAVID | | | | | 7190063847 |
| 3379 | SELBY | JAY W | PO BOX 2120 | LOOMIS | CA | 95650-2120 | 7191029649 |
| 10454 | SPITLER | KURT M | 21940 W SOLANO DR | BUCKEYE | AZ | 85326-5921 | 7190970785 |
| 9051 | TENDLE | TERRYLL K | 2435 BRENNER ST | ROSEVILLE | MN | 55113-1002 | 7190794813 |
| 4952 | TOBIN | KEVIN M | 149 CALDER DR | GLENDORA | CA | 91741-3207 | 7190220850 |
| 10085 | VASQUEZ | JOHN J | 16298 REED ST | FONTANA | CA | 92336-2464 | 7192155773 |
| 12130 | WIOTT | KEVIN L | 174 SULGRAVE CT | STERLING | VA | 20165-6410 | 7192277742 |

# Exhibit B

**KCC Class Action Services**

**Camberis et al v. Ocwen Loan Servicing, LLC**

**Objection Report**

Count:

2

| AccountID | Last Name | First Name | Address | City | State | Zip | Account Number |
|---|---|---|---|---|---|---|---|
| 17846 | KIRBY | JAMES | 630 FAIRWAY AVE NE | FORT WALTON BEACH | FL | 32547-1708 | 7140342978 |
| 4155 | SLOAN | LTANYA | 123 COLLEGE PL UNIT 1206 | NORFOLK | VA | 23510-1952 | 7190903984 |

# Exhibit C

# Eric Robin

**From:** Mike Brown <mbrown@mrbapclaw.com>
**Sent:** Wednesday, October 07, 2015 3:31 PM
**To:** Eric Robin
**Cc:** 'David J. Vendler'
**Subject:** FW: Your Objection to the Ocwen Settlement

Eric:

Attached is the email I received from Dr. Simmons.  You may attach that to your declaration.

Mike Brown

---

**From:** Ltanya Simmons [mailto:lsimmons@ed-techgroup.com]
**Sent:** Wednesday, September 30, 2015 7:52 AM
**To:** Mike Brown <mbrown@mrbapclaw.com>
**Cc:** DVendler@mpplaw.com
**Subject:** Re: Your Objection to the Ocwen Settlement

Hi,
Thanks so much for contacting me.  I have mailed my written request to withdraw.
Sincerely,
L'Tanya

Dr. L'Tanya Simmons
President/CEO
The ED-TECH Group, Inc. 501c3
Non-Profit
202-421-1577
www.ed-techgroup.com

---

**From:** Mike Brown <mbrown@mrbapclaw.com>
**Sent:** Tuesday, September 29, 2015 3:27 PM
**To:** Ltanya Simmons
**Cc:** DVendler@mpplaw.com
**Subject:** Your Objection to the Ocwen Settlement

Dear Dr. Simmons:

Thank you for calling and discussing the case with me.  I am pleased I was able to explain to you what the settlement is about.  I forgot to mention that you can get more information at the case's site www.camberissettlement.com.

1

In order to withdraw your objection you must send a written communication to the addresses below. The most important two are the Court and the Ocwen Loan Servicing Administrator, You may simply state. "I wish to withdraw the objection to the Settlement I previously filed". Date the communication and sign it. That should suffice.

Thank you.

Michael R. Brown


Clerk of the Court
United States District
Court for the Northern
District of California
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA
94102-3489

David J. Vendler, Esq.
Morris, Polich &
Purdy LLP
1055 West Seventh
Street, Suite 2400
Los Angeles, CA 90017
—AND—
Michael R. Brown, Esq.
Michael R. Brown, APC
18101 Von Karman
Avenue, Suite 1900
Irvine, CA 92612

Jeff E. Scott, Esq.
Jennifer L. Gray, Esq.
Greenberg Traurig LLP
1840 Century Park East
Los Angeles, CA 90067


Ocwen Loan Servicing
Claims Administrator
P.O. Box 40007
College Station,
TX 77842-4007