Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorneys for Objector
James H. Kirby

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMBERIS and CLAUDIA CAMBERIS, individually, and on behalf of the class of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>            Defendant. | Case No. 14-CV-2970 EMC<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS BY JAMES H. KIRBY TO PROPOSED SETTLEMENT**<br><br>Date:  November 9, 2015<br>Time:  1:30 p.m.<br>Judge:  Hon. Edward M. Chen |

Objector JAMES H. KIRBY, through his counsel, respectfully moves to withdraw his Objection (Docket No. 69) and requests a Court order reflecting such withdrawal.  In support of his motion, Objector JAMES H. KIRBY states as follows:

   1.   On October 2, 2015, Objector KIRBY filed his Objection in good faith;

   2.   On October 14, 2015, Objector KIRBY's counsel and Plaintiff's counsel engaged in substantive discussions regarding the Objection;

   3.   As a result of these discussions regarding the Objection, Objector KIRBY's questions and concerns about the settlement of this action have been resolved, and he believes the settlement is fair and reasonable; and

1

4.      As such, Objector KIRBY no longer wishes to pursue his Objection to the class action settlement (Docket No. 69).

WHEREFORE, Objector JAMES H. KIRBY requests that the Court enter an order reflecting the withdrawal of his objection.

LAW OFFICES OF DARRELL PALMER PC

Dated:   October 14, 2015        By: /s/ Joseph Darrell Palmer_____
                                          Joseph Darrell Palmer
                                          Attorney for Objector James H. Kirby

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2015, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I further certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

                                       ___/s/ Joseph Darrell Palmer_____
                                       Joseph Darrell Palmer
                                       Attorney for Objector